UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GONZALEZ,<br>    Plaintiff,<br>  v.<br>THOMASVILLE RETAIL, INC.,<br>    Defendant. | Case No. 12-cv-00847-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 33 |

Before the Court is Defendant's Motion for Sanctions. Dkt. No. 33. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for June 27, 2013, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: June 19, 2013

                                                JON S. TIGAR
                                           United States District Judge